**Opinion issued November 8, 2012**



**In The**

# Court of Appeals

**For The**

# First District of Texas

—————————————

**NO. 01-12-00188-CV**

—————————————

**HOUSTON NORTHWEST PARTNERS, LTD d/b/a HOUSTON NORTHWEST MEDICAL CENTER, Appellant**

**V.**

**CINDY MAZZA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF PHILLIP MAZZA, CHRISTOPHER ALAN, MAZZA, JENNIFER LYNN MAZZA, AND RUTH MAZZA, Appellees**

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-71267**

**MEMORANDUM OPINION**

The parties have filed a joint motion requesting that this Court enter an order setting aside the trial court's judgment as to appellant Houston Northwest Partners, Ltd d/b/a Houston Northwest Medical Center and dismissing the appeal pursuant to the settlement agreement of the parties. *See* TEX. R. APP. P. 42.1(a)(2)(a). No opinion has issued.

The motion is granted. The following portions of the trial court's judgment are vacated: on pages two through five of the Final Judgment, Paragraph III as to the first sentence only, Paragraph IV in its entirety, and Paragraph V; on pages six and seven of the Final Judgment, Paragraphs 1 through 11, and the first appearing Paragraph 12, but not the second appearing Paragraph 12. *See* TEX. R. APP. P. 42.1(a)(2); 43.2(e). The appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2); 43.2(e). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.